**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Keynetik, Inc.,**<br><br>     Plaintiff,<br><br>v.<br><br>**Samsung Electronics Co. LTD., et al.,**<br><br>     Defendants. | Civil Action No. 17-2794 (JLL) (JAD)<br><br>**AMENDED<br>PRETRIAL SCHEDULING ORDER** |

**JOSEPH A. DICKSON, U.S.M.J.**

This matter comes before the Court on the parties' joint request to amend the Pretrial Scheduling Order dated October 23, 2017, (ECF No. 28); and

**WHEREAS** the parties have submitted a proposed schedule amending the deadlines set forth in the October 23, 2017 Pretrial Scheduling Order, (ECF No. 28-1); and

**WHEREAS** the parties have represented that those amendments will provide the parties with the opportunity to focus the issues for discovery and claim construction, and for good cause shown,

IT IS on this 8th day of Feb., 2018,

**ORDERED** that the Amended Schedule attached to this Order as Exhibit 1 shall be the operative pretrial schedule in this matter, superseding the schedule set forth in the October 23, 2017 Pretrial Scheduling Order.

**SO ORDERED**

_____
JOSEPH A. DICKSON, U.S.M.J.

cc:   Hon. Jose L. Linares, U.S.D.J.

# EXHIBIT 1

## ~~Proposed~~ Amended Schedule

| Item No. | Event | Current | Amended |
|---|---|---|---|
| 1. | Submit Joint Discovery Plan to Court in Advance of Upcoming Scheduling Conference | 10/20/17 | |
| 2. | Initial Rule 16 Scheduling Conference before the Hon. Joseph A. Dickson, U.S.M.J., Courtroom MLK 2D | 10/23/17 | |
| 3. | Fed. R. Civ. P. 26(a)(1) Initial Disclosures | 10/30/17 | |
| 4. | Disclosure of Asserted Claims and Infringement Contentions and Accompanying Document Production | 12/8/17 | |
| 5. | Deadline to Amend Pleadings and Add Additional Parties | 12/27/17 | |
| 6. | Service of Initial Written Discovery | 1/10/18 | |
| 7. | Samsung to Produce Source Code | | 2/28/18 |
| 8. | Plaintiff to Serve Amended Infringement Contentions | | 3/28/18 |
| 9. | Non-Infringement Contentions and Accompanying Document Production | 2/23/18 | 5/9/18 |
| 10. | Invalidity Contentions and Accompanying Document Production | 2/23/18 | 5/9/18 |
| 11. | Responses to Invalidity Contentions and Accompanying Document Production | 3/26/18 | 6/6/18 |
| 12. | Plaintiff to Narrow Asserted Claims to No More Than Ten (10) Claims Per Patent | 3/26/18 | 7/5/18 |
| 13. | Exchange of Proposed Terms for Construction | 4/9/18 | 7/12/18 |
| 14. | Exchange of Preliminary Claim Constructions and Intrinsic/Extrinsic Evidence | 4/30/18 | 8/2/18 |
| 15. | Exchange of Identification of Intrinsic and Extrinsic Evidence In Opposition To Other Party's Proposed Constructions | 5/14/18 | 8/16/18 |
| 16. | File Joint Claim Construction and Prehearing Statement | 5/30/18 | 8/30/18 |
| 17. | Completion of Claim Construction Discovery other than Experts. | 6/29/18 | 9/27/18 |
| 18. | File Opening Markman Submissions | 7/16/18 | 10/11/18 |
| 19. | Conclude Markman Expert Discovery | 8/15/18 | 11/8/18 |
| 20. | File Responsive Markman Submissions | 9/14/18 | 12/6/18 |
| 21. | File a Proposed Schedule for Claim Construction Hearing | 9/28/18 | 12/20/18 |
| 22. | Submit Tutorials | 10/10/18 | 1/10/19 |
| 23. | Serve Advice of Counsel Defense Disclosures and Accompanying Document Production | 30 days after Markman Order | |

| Item No. | Event | Current | Amended |
|---|---|---|---|
| 24. | Close of Fact Discovery | 90 days after Claim Construction Order | |
| 25. | Plaintiff to Further Narrow Asserted Claims to No More Than Five (5) Claims Per Patent | 90 days after Claim Construction Order | |
| 26. | Opening Expert Reports by Party Bearing Burden | 45 days after Close of Fact Discovery | |
| 27. | Rebuttal Expert Reports | 30 days after Opening Reports | |
| 28. | Close of Expert Discovery | 30 days after Rebuttal reports | |
| 29. | Deadline to File Dispositive Motions | 60 days after Close of Expert Discovery | |
| 30. | Trial | TBD - Jury Trial | |